WILLIAM K. PAO (S.B. #252637)
wpao@omm.com
ESTEBAN RODRIGUEZ (S.B. #268789)
esrodriguez@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street, 18th Floor
Los Angeles, CA 90071
Telephone: (213) 430-6000
Facsimile: (213) 430-6407

*Attorneys for Defendant Klarna, Inc.*

[Attorneys for Plaintiff Nathan Hale listed on Signature page]

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHAN HALE,<br><br>    Plaintiff,<br><br>    v.<br><br>KLARNA, INC.,<br><br>    Defendant. | Case No. 3:22-cv-0598-RSH-AHG<br><br>**PLAINTIFF NATHAN HALE'S AND DEFENDANT KLARNA, INC.'S JOINT NOTICE OF SETTLEMENT IN PRINCIPLE**<br><br>Judge: Hon. Robert S. Huie<br>Complaint Filed: April 28, 2022<br>Trial Date: TBD |

Plaintiff Nathan Hale ("Plaintiff") and Defendant Klarna, Inc. ("Defendant") hereby advise the Court that the parties have reached agreement in principle on the terms of a settlement to resolve their action, *Nathan Hale v. Klarna, Inc.*, Case No. 3:22-cv-0598-RSH-AHG, currently pending before this Court. The parties are in the process of documenting their settlement through a formal settlement agreement. The settlement will resolve all claims asserted by Plaintiff against Defendant.

Defendant's current deadline to respond to Plaintiff's Amended Complaint is January 25, 2024. In light of the settlement in principle, the parties will file a joint motion for extension of time for Defendant to respond to Plaintiff's Amended Complaint to allow time for the parties to draft, finalize, and execute a formal settlement agreement. The parties anticipate that Plaintiff will subsequently file a stipulation of dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A) within twenty-eight (28) days (i.e., by February 19, 2024).

Dated: January 22, 2024

Respectfully Submitted,

**O'MELVENY & MYERS LLP**

By:  */s/ William K. Pao*
　　　WILLIAM K. PAO

*Attorney for Defendant Klarna, Inc.*

<pre>
 1   Dated: January 22, 2024              KALIEL GOLD PLLC
 2
 3
 4                                        By:    /s/ Sophia Gold
                                                 SOPHIA GOLD
 5
 6                                        SOPHIA G. GOLD (SBN 307971)
                                          sgold@kalielgold.com
 7                                        950 Gilman Street, Suite 200
                                          Berkeley, CA 94710
 8                                        Telephone: (202) 350-4783
 9                                        Fax: (202) 871-8180
10
11                                        *Attorney for Plaintiff Nathan Hale*
12
13
...
28
</pre>

**ATTESTATION**

I hereby attest that all other signatories listed on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: January 22, 2024	Respectfully Submitted,

**O'MELVENY & MYERS LLP**

By:   */s/ William K. Pao*
              WILLIAM K. PAO

*Attorney for Defendant Klarna, Inc.*