**EDELSBERG LAW, P.A.**
Scott Edelsberg (SBN 330090)
Chris Gold (*pro hac vice* forthcoming)
20900 NE 30th Avenue, Suite 417
Aventura, Florida 33180
Tel: (305) 975-3320
Fax: (305) 623-0915
scott@edelsberglaw.com
chris@edlesberglaw.com

**KALIELGOLD PLLC**
Jeffrey D. Kaliel (SBN 238293)
jkaliel@kalielpllc.com
1100 15th Street NW, 4th Floor
Washington, D.C. 20005
Tel:    (202) 350-4783
Fax:    (202) 871-8180
Email: jkaliel@kalielpllc.com

**KALIELGOLD PLLC**
Sophia G. Gold (SBN 307971)
950 Gilman Street, Suite 200
Berkeley, California 94710
Telephone: (202) 350-4783
Email: sgold@kalielgold.com

*Attorneys for Plaintiffs and Proposed Class Counsel*

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHAN HALE, individually, and on behalf of all others similarly situated,<br><br>              Plaintiff,<br><br> v.<br><br> KLARNA, INC.,<br><br>              Defendant. | **CASE NO.:** 3:22-CV-00598-RSH-AHG<br>Assigned to: Hon. Robert S. Huie<br>Courtroom 13A<br><br>**STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED to and agreed by and between the parties, by and through counsel, that this action be dismissed with prejudice as to all claims, counterclaims, cross-claims or actions in the above matter that each party has, had or may have against the other under Fed. R. Civ. P. 41 in accordance with the terms of the settlement agreement between the parties. Each party shall bear their own costs and attorneys' fees.

**IT IS SO STIPULATED.**

Dated:  February 22, 2024   Respectfully submitted,

**KALIELGOLD PLLC**

By: */s/ Sophia G. Gold*
Sophia G. Gold (SBN 307971)
sgold@kalielgold.com
**KALIELGOLD PLLC**
950 Gilman Street, Suite 200
Berkeley, CA 94710
Telephone: (202) 350-4783

Scott Edelsberg (SBN 330090)
scott@edelsberglaw.com
**Edelsberg Law**
1925 Century Park East, Suite 1700
Los Angeles, CA 90067
Telephone: (305) 975-3320

*Attorneys for Plaintiff and the Putative Class*

Dated: February 22, 2024   **O'MELVENY & MYERS LLP**

By: */s/ William K. Pao*
William K. Pao (SBN 252637)
wpao@omm.com
400 South Hope Street, 18th Floor
Los Angeles, CA 90071
Telephone: (213) 430-6000

Esteban Rodriguez (SBN 268789)
esrodriguez@omm.com
400 South Hope Street, 18th Floor
Los Angeles, CA 90071
Telephone: (213) 430-6000

*Attorneys for Defendant Klarna, Inc.*

**PROOF OF SERVICE**
*Hale v. Klarna, Inc.*
USDC, Southern District of California Case No. 3:22-cv-00598-RSH-AHG

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the District of Columbia. My business address is 1100 15th Street, 4th Floor, Washington, D.C. 20005.

On February 22, 2024, I served true copies of the following document(s) described as **STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE** on the interested parties in this action as follows:

☐ **BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused a copy of the document(s) to be sent from e-mail address ngarcia@kalielgold.com to the persons at the e-mail addresses listed in the Service List. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

[X] **BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on February 22, 2024, at Los Angeles, California.

_____
Neva Garcia